# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-3997
_____

CHARLES ROBINSON,

Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Union County.
Stanley H. Griffis, III, Judge.

June 7, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and ROWE and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles Robinson, pro se, Appellant.

Paul M. Eza and Michael L. Glass of Stone, Glass & Connolly, LLP, Jacksonville, for Appellee.